PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
### for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs.  Gavin Greene                              Docket No.  1:CR-00-064-001

### Petition on Probation and Supervised Release

COMES NOW Douglas M. Durnin          PROBATION OFFICER OF THE COURT
presenting an official report upon the conduct and attitude of Gavin Greene who was placed
on supervision by the Honorable William W. Caldwell sitting in the court at Harrisburg on
the 6th day of June, 2001, who fixed the period of supervision at three years, and imposed
the general terms and conditions theretofore adopted by the Court and also imposed special
conditions and terms as follows:

The defendant shall pay any balance of the restitution imposed by this judgment which
remains unpaid at the commencement of the term of supervised release in minimum monthly
installments of no less than $100.00.*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release from imprisonment on February 16, 2004, Mr. Greene has lived in
Atlanta, Georgia, and has been supervised by the U.S. Probation Office. According to his
probation officer, Mr. Greene has been unable to pay the full restitution amount
($1,217,699.00) ordered by the Court and a balance of $1,170,069.00 remains. In all
other respects, Mr. Greene has been compliant with the conditions of supervised release
and there appears to be no basis for violation action. Although he initially struggled
financially to make regular payments, during the past year, Mr. Greene has made regular
monthly payments toward his restitution obligation. Further, Mr. Greene has signed an
Agreement (copy attached) to continue paying the restitution should the Court permit his
term of supervision to expire. Assistant U.S. Attorney Kim D. Daniel has no objection to
allowing Mr. Greene's term of supervision to expire with the signed Agreement.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's term of supervised release
be permitted to expire on February 15, 2007, without further action of the Court.

ORDER OF COURT

Considered and ordered this 20TH day
of Feb    , 2007 and ordered filed
and made a part of the records in the above
case.

_William W Caldwell_
U.S. District Judge

Respectfully,

_Douglas M. Durnin_
Douglas M. Durnin
Supervising U.S. Probation Officer

Place    Harrisburg, PA

Date    February 13, 2007